IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UPPER GREEN RIVER ALLIANCE, WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Petitioners,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT and WILLIAM PERRY PENDLEY, in his official capacity as Deputy Director of the U.S. Bureau of Land Management,<br><br>Respondents,<br><br>and<br><br>JONAH ENERGY, LLC and STATE OF WYOMING,<br><br>Respondent-Intervenors. | Case No. 2:19-CV-146-SWS |

## JUDGMENT

This case came before the Court under the Administrative Procedure Act (APA), 5 U.S.C. § 706, for judicial review of the Bureau of Land Management's decision to authorize the Normally Pressured Lance Project in Sublette County, Wyoming. The Court entered an Order Upholding Agency Action on April 5, 2022 (ECF No. 63), which

is fully incorporated herein by this reference. In accordance with the findings of fact and conclusions of law set forth in that Order,

IT IS HEREBY ORDERED AND ADJUDGED that the Bureau of Land Management's Record of Decision in the Normally Pressured Lance Project is UPHELD AND AFFIRMED.

FINAL JUDGMENT is entered accordingly.

Dated this 13th day of April, 2022.

Scott W. Skavdahl
United States District Judge